

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**SYLVIA O. HINDS-RADIX**
Corporation Counsel

**ELISSA B. JACOBS**
*Senior Corporation Counsel*
Tel.: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

February 2, 2023

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

> Initial conference is adjourned from February 6, 2023 to April 10, 2023 in 11:30 a.m.
> SO ORDERED.
> Dated: 2/3/2023
> *[signature]*
> P. Kevin Castel
> United States District Judge

Re: <u>Edwin Crespo, et al. v. City of New York, et al.</u> 22-CV-7345 (PKC)

Your Honor:

I am a Senior Corporation Counsel in the Special Federal Litigation Division of the Office of Corporation Counsel, assigned to the defense of the above-referenced matter. I write to request that the initial conference, currently scheduled for Monday, February 6, 2023 at 10:30 a.m. be adjourned until after defendants respond to the Complaint, which is currently scheduled for February 13, 2023, or alternatively until after the parties complete a mediation under the Local Civil Rule 83.10. Plaintiffs' counsel consents to this request. This is the first request for an adjournment of this conference.

This case involves claims by six individuals that they were maliciously prosecuted for six different incidents spanning 2005-2015. Each plaintiff alleges that his convictions was ultimately vacated by the Bronx District Attorney's office in January 2022, as a result of wrongdoing by the defendant officers, including the sole named individual defendant, Joseph Franco. Plaintiffs initially filed their case in July 2022 in the Eastern District of New York. It was transferred to the Southern District and designated to be part of Local Civil Rule 83.10. The City of New York was served on September 9, 2022, and plaintiffs have now provided all the required releases pursuant to their obligations under that Rule. Accordingly, defendants' response to the complaint is currently due February 13, 2023. Therefore, defendants respectfully request that the Initial Conference, currently scheduled for February 6, 2023, be adjourned until after defendants respond to the Complaint, or in the alternative, until after the parties complete their obligations under Rule 83.10.

.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Elissa B. Jacobs
Senior Corporation Counsel
Special Federal Litigation Division

cc: Loevy & Lovey (By ECF)
*Attorneys for Plaintiffs*