```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDWIN CRESPO, et al.,

                Plaintiff(s),                22-cv-7345 (PKC)

    -against-                                ORDER


NEW YORK CITY POLICE
OFFICER JOSEPH FRANCO, et al.,

                Defendant(s).
-----------------------------------------------------------x
```

CASTEL, U.S.D.J.

By noon, December 20, 2023, plaintiffs' counsel shall comply with the undersigned's Individual Practices at section 3(A)(iv).

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        December 18, 2023