UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDWIN CRESPO, et al.,

                Plaintiff(s),                      22-cv-7345 (PKC)

    -against-                                                ORDER

NEW YORK CITY POLICE
OFFICER JOSEPH FRANCO, et al.,

                Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the letter motions (ECF 87, 88, 89) and any responses thereto. The Court ORDERS as follows:

        1.    The time for filing the City's motion to dismiss is extended nunc pro tunc to February 6, 2024. Plaintiff's opposition is due March 5, 2024 and any reply by the City to March 19, 2024.

        2.    Without objection, all <u>Monell</u> discovery is stayed pending the disposition of the City's motion to dismiss filed on February 6, 2024.

        3.    By reason of the stay of <u>Monell</u> discovery, plaintiff's motion to compel the City to respond to certain written discovery requests (ECF 88) is denied without prejudice to renewal after the City's motion to dismiss is decided.

        4.    Depositions are stayed pending joinder of issue on Franco's Crossclaim against the City and may thereafter proceed.

        5.    The Clerk shall terminate letter motions at ECF 87, 88 and 89.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
February 7, 2024