UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN CRESPO, *et al.*,

        Plaintiffs,

  -v-

NEW YORK CITY POLICE OFFICER
JOSEPH FRANCO *et al.*,

        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/12/2024__

**ORDER**

22-CV-7345 (PKC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Per the Court's prior order at Dkt. No. 128, a conference was held today to provide an opportunity for the defendants from the Related Prosecutions to object to their names being provided to plaintiffs. Because no objectors appeared, pursuant to Fed. R. Civ. P. 26 and 45 and this Court's authority to order production of sealed state court records, the District Attorney of New York will provide copies of versions of the previously-produced records from the Franco Prosecution with no redactions to the defendants' names in response to Plaintiffs' subpoena.

    SO ORDERED.

Dated: June 12, 2024

    New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1