

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
Corporation Counsel

ELISSA B. JACOBS
*Senior Corporation Counsel*
Tel.: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

January 7, 2025

**BY ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
New York, New York 10007

    Re:   <u>Edwin Crespo, et al. v. City of New York, et al.</u> 22-CV-7345 (PKC)(VF)

Your Honor:

    I am a Senior Corporation Counsel in the Special Federal Litigation Division of the Office of Corporation Counsel, attorney for the City of New York in the above-captioned matter. I write to respectfully request an adjournment of the conference currently scheduled for January 28, 2025 at 10:00 a.m.. Plaintiff's counsel and co-defendant Franco's counsel consent to this request, which is the first such request.

    On November 18, 2024, plaintiffs filed a letter requesting a conference to discuss certain outstanding discovery disputes. ECF No. 149. On November 21, 2024, defendant City requested an extension of time to respond. ECF No. 150. In response, the Court extended the City's time to respond until January 21, 2025 and scheduled a conference on January 28, 2025 at 10:00 a.m. Defendant City now writes to request that the conference be adjourned as counsel will be in transit on a pre-planned trip on January 28th, and therefore unable to attend the conference.[1] I have conferred with all other counsel, and all parties are available February 3rd, 4th, and 7th. The parties can also provide additional dates in February, should the Court so desire.

---

[1] Defendant City still intends to file its response to the motion by January 21st, and is not requesting a further extension of this deadline.

Thank you for your consideration herein.

                              Respectfully submitted,

*Elissa B. Jacobs*
Elissa B. Jacobs
Senior Corporation Counsel
Special Federal Litigation Division

cc: Loevy & Lovey (By ECF)
*Attorneys for Plaintiffs*

Tanner & Ortega, LLP (By ECF)
*Attorneys for Defendant Franco*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 1/14/25

The conference scheduled for January 28, 2025 is hereby rescheduled for **February 26, 2025 at 3 p.m.** The parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442; passcode: [694 759 142#]. The Clerk of Court is directed to terminate the motion at ECF No. 152.