

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
Corporation Counsel

*ELISSA B. JACOBS*
*Senior Corporation Counsel*
Tel.: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

May 5, 2025

**<u>BY ECF</u>**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
New York, New York 10007

Re:   <u>Edwin Crespo, et al. v. City of New York, et al.</u> 22-CV-7345 (PKC)(VF)

Your Honor:

I am a Senior Corporation Counsel in the Special Federal Litigation Division of the Office of Corporation Counsel, attorney for the City of New York in the above-captioned matter. I write to respectfully request an additional extension of time to fully comply with the Court's Order to produce documents. For the reasons explained below, defendants request until Friday, May 23rd to provide the last remaining documents. Co-defendant Franco consents to this request. Plaintiffs object as the requests have been outstanding for over a year and they need to complete the document production to finish oral discovery and move the case to trial.

On March 12, 2025, the Court ordered that defendant City produce certain documents that plaintiffs were seeking by April 11, 2025, after I estimated that it would take approximately one month to find and produce the relevant documents. This includes certain documents for each plaintiffs arrest, documents related to other individuals arrests, and records related to the NYPD's internal prosecution of co-defendant Franco. On April 11, the City requested an additional two weeks to produce those documents, and the Court granted that request. Unfortunately, due to the age of some of these documents, the City has been unable to complete its search at this time. While the City has been able to locate and produce arrest documents for individuals referenced in plaintiffs' complaint, certain records related to arrests from before 2013 have not yet been located. The City has completed its typical search, but has not yet completed a search of its archives, where certain documents from before 2013 may be located. After conferring with my client, we believe an addition three weeks is necessary in order to provide the final documents.

Plaintiffs object to this as they say they need these documents to complete oral discovery and "proceed to trial." However, the only remaining oral discovery is the deposition of former Detective Franco, which is yet to be scheduled. In fact, while it was originally scheduled in mid-May, following the production of over 1000 pages, plaintiff asked for an additional two months to complete discovery, until mid-July. The Court granted that request. Plaintiff has not explained why an additional three weeks to produce a smaller volume of documents would delay the yet-to-be scheduled deposition, nor have they explained any other reason why this would require an extension of discovery.[1] In light of this, defendant City respectfully asks for an additional three weeks to produce the relevant discovery.

Thank you for your consideration herein.

Respectfully submitted,

*Elissa B. Jacobs*

Elissa B. Jacobs
Senior Corporation Counsel
Special Federal Litigation Division

cc:    Loevy & Lovey (By ECF)
       *Attorneys for Plaintiffs*

       Tanner & Ortega, LLP (By ECF)
       *Attorneys for Defendant Franco*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated:** 5/6/2025

The extension requested herein is GRANTED. The parties are advised that no further extensions to the discovery deadline will be granted absent a showing of good cause. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 167.

---

[1] Defendant City notes that there is an outstanding motion to compel a huge number of documents that would significantly impact the length of time it would take to conduct discovery, would it be granted. In addition, the next step in this case will be a motion for summary judgment, not a trial.