UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWIN CRESPO, et al.,

                              Plaintiffs,             **22-CV-7345 (PKC) (VF)**

           -against-                               **ORDER**

JOSEPH FRANCO, et al.,

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a joint update on the status of discovery by **October 10, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                September 23, 2025

                                                                  *[signature]*

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge