

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
Corporation Counsel

**ELISSA B. JACOBS**
*Senior Corporation Counsel*
Tel.: (212) 356-3540
Fax: (212) 356-3509
eiacobs@law.nyc.gov

August 6, 2026

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re:  Edwin Crespo, et al. v. City of New York, et al. 22-CV-7345 (PKC)

Your Honor:

I am a Senior Corporation Counsel in the Special Federal Litigation Division of the Office of Corporation Counsel, attorney for the City of New York in the above-captioned matter. I write to respectfully request a two week extension of the schedule for the City's anticipated motion for summary judgment. Neither plaintiffs nor co-defendant Franco object to the schedule proposed below. No prior extensions of these dates have been requested.

On July 17, 2026, the City submitted a request for a pre-motion conference to discuss it's intended motion for summary judgment. On July 23, 2026, plaintiffs submitted a response indicating they intended to oppose the City's motion. On July 24, 2026, the Court set a schedule with the City's moving papers due two and a half weeks later, on August 10, 2026. While the motion is not complex, I was on a pre-planned family vacation the week of July 24th, and have two motions due by the end of this week. As a result, and after conferring with opposing counsel, I am requesting the schedule be adjusted as follows:

| | |
|---|---|
| Defendant City's Moving papers: | August 21, 2026 |
| Plaintiffs' Opposition: | September 11, 2026 |
| Defendant's Reply: | September 23, 2026 |

*[Handwritten: Revised schedule approved. SO ORDERED. /s/ USDJ 8-7-26]*

Thank you for your consideration herein.

Respectfully submitted,

*Elissa B. Jacobs*
Elissa B. Jacobs
Senior Corporation Counsel
Special Federal Litigation Division

cc:    Loevy & Lovey (By ECF)
       *Attorneys for Plaintiffs*

       Tanner & Ortega, LLP
       *Attorneys for Defendant Franco*