THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
Corporation Counsel

**ELISSA B. JACOBS**
*Senior Corporation Counsel*
Tel.: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

August 20, 2026

The revised motion schedule is approved and adopted.
SO ORDERED.
Dated: 8/20/2026

P. Kevin Castel
United States District Judge

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re: Edwin Crespo, et al. v. City of New York, et al. 22-CV-7345 (PKC)

Your Honor:

I am a Senior Corporation Counsel in the Special Federal Litigation Division of the Office of Corporation Counsel, attorney for the City of New York in the above-captioned matter. I write to respectfully request a three day extension of the schedule for the City's anticipated motion for summary judgment. Plaintiffs do not object to the schedule proposed below. The Court granted one prior extension of these dates have been requested.

On July 17, 2026, the City submitted a request for a pre-motion conference to discuss it's intended motion for summary judgment. On July 23, 2026, plaintiffs submitted a response indicating they intended to oppose the City's motion. On July 24, 2026, the Court set a schedule with the City's moving papers due two and a half weeks later, on August 10, 2026. Upon defendant City's request, the Court subsequently granted a two week extension of time to file the motion. While defense counsel has been working on the motion, due to unforeseen personal conflicts, a small amount of additional time is required to properly finalize the motion. As a result, and after conferring with opposing counsel, I am requesting the schedule be adjusted as follows:

OK

| | |
|---|---|
| Defendant City's Moving papers: | August 26, 2026 |
| Plaintiffs' Opposition: | September 16, 2026 |
| Defendant's Reply: | September 28, 2026 |

Thank you for your consideration herein.

Respectfully submitted,

*Elissa B. Jacobs*
Elissa B. Jacobs
Senior Corporation Counsel
Special Federal Litigation Division

cc: Loevy & Lovey (By ECF)
*Attorneys for Plaintiffs*

Tanner & Ortega, LLP
*Attorneys for Defendant Franco*