# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| EDWIN CRESPO et al., | ) | |
| Plaintiffs, | ) | Case No. 7:22-cv-07345 |
| v. | ) | |
| JOSEPH FRANCO et al., | ) | |
| Defendants. | ) | |

**<u>DECLARATION OF DONTE JAVON SMILEY</u>**

I, Donte Javon Smiley, declare as follows:

1. I have lived in the Bronx since I was born.

2. On February 26, 2013, I was with my friend Carmelo Torres talking outside in the Bronx.

3. A Hispanic man approached us, and he asked us to come into a building near Morris Avenue and East Kingsbridge Road so he could speak to us about something.

4. Carmelo and I went into the building, and the man followed us through the door.

5. Inside the building, the man started asking Carmelo for different kinds of drugs—crack cocaine, weed, and other drugs. The man asked Carmelo if Carmelo knew where he could buy drugs.

6. I thought it was very weird that he was asking for different kinds of drugs.

7. I now know that the man was an undercover NYPD narcotics officer named Joseph Franco. But at the time, I didn't know the person was a police officer because he wasn't wearing a uniform.

8. Carmelo told Franco something like "I don't know anything about that," and we walked out of the building.

9. Franco followed Carmelo and me out of the building, and he asked us if we wanted to make $100. He said that his car was parked around the block by a grocery store, and his keys were locked inside the car. Franco said he needed help getting in his car.

10. We told Franco something like, no, we're good, and we walked away.

11. Carmelo and I walked down the street to the corner store, and we went inside.

12. I walked to the back of the store to get an Arizona iced tea. When I turned around from the drink cooler, there were two plain clothes police officers coming into the store with their guns drawn.

13. I saw Franco standing outside the store.

14. The officers grabbed me, handcuffed me, and searched me. They took my phone and about $4 or $5 out of my pockets and put it in a yellow envelope.

15. They grabbed Carmelo next, and they cuffed and searched him too.

16. The officers didn't tell us why we were being arrested, and we didn't know.

17. The officers put us in a prisoner van with about 2 or 3 other people already back there in handcuffs. I saw Franco standing by the van, and then he walked off.

18. They drove us around in the van for a while and picked up one or two more people before taking us to the precinct in the evening.

19. At the precinct, the officers told us if they find anything in the van, they'll charge everybody with whatever they find.

20. I was processed and put in a cell, and later the police took me to central booking.

21. I found out that I was being charged with criminal sale of a controlled substance and two counts of possession of a controlled substance.

22. Those charges were completely made up. I didn't sell Franco any drugs, and neither did Carmelo. And I didn't have any drugs on me when I was arrested in the store.

23. I was young at the time, and I was scared that if I went to trial and lost, I would get more time than if I just agreed to plead guilty. I thought if I pleaded guilty, I wouldn't get any more jail time.

24. I didn't know when I pleaded guilty that, before he framed me, Franco had framed other people for crimes they didn't commit by making up evidence against them.

25. So I agreed to plead guilty even though I was completely innocent of the charges against me.

26. When I pleaded guilty, I was sentenced to time served, which ended up being about eight months in jail.

27. Being in jail for eight months was traumatizing for me. I was bullied and harassed by other prisoners, and I was almost cut three or four times. I was jumped many times, and other inmates were constantly trying to steal my commissary.

28. An older guy in the jail told me not to show fear or weakness, so I felt pressure to put on a show of being strong and tough. I didn't like doing that.

29. As the months went by, I got into a lot of fights in jail trying to defend myself, and I got beat up.

30. When I was hurt, I was afraid to get medical care for my injuries because getting treatment was looked down on by the other inmates as a sign of weakness or snitching.

31. I couldn't sleep in jail to the point where I ended up being prescribed Benadryl so I could fall asleep. And I started having mental health problems that I'd never had before from the stress and fear of being in jail.

32. I'm not the same as I was before I was locked up on the charges Franco put on me.

33. Since I got out of jail, I've lost relationships with my family. I'm not as close with my mother, father, and brother. I feel closed in on myself, and I spend a lot of time at home alone because it's hard to be around other people now. I don't have the life I had before.

34. The trauma of being in jail affects me to this day.

In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on __2nd_ day of October 2026.

Signed by:

BCF189B0CC2C411...

Donte Javon Smiley